IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>I N F O R M A T I O N</u> |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:19 CR 787 |
| v. | ) | |
| | ) | Title 18, Sections 1955 and |
| JAMES KICKEL, | ) | 1956(a)(1)(B)(i), United States Code |
| | ) | |
| Defendant. | ) | |

JUDGE NUGENT

<u>COUNT 1</u>
(Prohibition of Illegal Gambling Business, 18 U.S.C. § 1955)

The United States Attorney charges:

1. From on or about September 29, 2016, and continuing until on or about September 4, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, defendant JAMES KICKEL did conduct, finance, manage, supervise, direct and own all or part of an illegal gambling business, to wit: a gambling business involving sports betting which gambling business was a violation of the laws of the State of Ohio, that is, O.R.C. 2915.02(A)(1), which also involved five or more persons who conducted, financed, managed, supervised, directed and owned all or part of said illegal gambling business, and which remained in substantially continuous operation for a period in excess of thirty days or had a gross revenue of $2,000.00 in any single day, in violation of Title 18, United States Code, Section 1955.

COUNT 2
(Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i))

The United States Attorney further charges:

2.  On or about May 6, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, defendant JAMES KICKEL did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: directing a gambling client to make a $3,500 payment by writing a check to "Folds of Honor" for an entry fee to a golf outing at Barrington Golf Club, which involved the proceeds of a specified unlawful activity, that is, operating an illegal gambling businesses, in violation of Title 18, United States Code, Section 1955, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature and source of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18 United States Code Sections 1956(a)(1)(B)(i).

FORFEITURE

The United States Attorney further charges:

3.  The allegations of Count 1 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 1955(d), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, defendant JAMES KICKEL shall forfeit to the United States: (i) all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense; and, (ii) all property, including money, used in violation of the

provisions of Title 18, United States Code, Section 1955; including, but not limited to, the following:

    a.)    $94,750.00 U.S. Currency recovered at defendant JAMES KICKEL's residence on August 8, 2019, pursuant to the execution of a search warrant.

    b.)    $200,000.00 U.S. Currency recovered at a residence located in Chagrin Falls, Ohio, on September 4, 2019, pursuant to the execution of a search warrant.

    JUSTIN E. HERDMAN
    United States Attorney

By: *Bridget M.B.* [signature]
    BRIDGET M. BRENNAN
    First Assistant United States Attorney